## NATIONAL LABOR RELATIONS BOARD v. UNIVERSAL MATCH CORPORATION.

No. 514.

Circuit Court of Appeals, Eighth Circuit.

Dec. 5, 1940.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Winthrop A. Johns, both of Washington, D. C., Atty.,

National Labor Relations Board, for petitioner.

Samuel I. Sievers, of St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board modified pursuant to stipulation and as modified affirmed and enforced.